Loerlein Unemployment Compensation Case.

Duquesne Brewing Company of Pittsburgh *v.* Unemployment Compensation Board of Review, Appellant.

Pittsburgh Brewing Company *v.* Unemployment Compensation Board of Review, Appellant.

Argued May 24, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Richard H. Wagner,* with him *William L. Hammond,* Special Deputy Attorney General and *T. McKeen Chidsey,* Attorney General, for appellant.

*Mead J. Mulvihill,* with him *Robert J. Grier, 2nd, L. P. Monahan, Clyde H. Slease* and *Mulvihill, Gollmar, Herron & Grier,* for appellees.

PER CURIAM, July 6, 1948:

The judgment of the Superior Court is affirmed on the opinion of Judge HIRT.